```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 04406
   ROBERT WILLIAMS
   BRANDEE WILLIAMS                          CHAPTER 13

                                             JUDGE: JOHN H SQUIRES
            Debtor
    SSN XXX-XX-0178      SSN XXX-XX-3175

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/27/08 .

   2.  Case reassigned to Marilyn Marshall, Trustee, 03/18/2008.

-------------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                           PAID           PAID
-------------------------------------------------------------------------------

       Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED     PRIORITY   UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00         .00          .00           .00
PRINCIPAL PAID         .00         .00         .00          .00           .00
INTEREST PAID          .00         .00         .00          .00           .00
TOTAL PAID             .00         .00         .00          .00           .00
The Debtor's attorney, GLENDA J GRAY                , was allowed $       .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .
```

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

     Dated: 06/26/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE

```
                              PAGE   2
      CASE NO. 08 B 04406 ROBERT WILLIAMS & BRANDEE WILLIAMS
```