IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Robert | Case Number: 08 B 04406 |
|---|---|---|
| | Williams, Brandee | Judge: Squires, John H |
| | Printed: 12/23/08 | Filed: 3/18/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 22, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,028.00 | |
| Secured: | | 1,961.88 |
| Unsecured: | | 25.86 |
| Priority: | | 0.00 |
| Administrative: | | 2,974.00 |
| Trustee Fee: | | 348.60 |
| Other Funds: | | 1,717.66 |
| Totals: | 7,028.00 | 7,028.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 2,974.00 | 2,974.00 |
| 2. | UM Capital | Secured | 0.00 | 0.00 |
| 3. | Loan Care Servicing Center | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 5. | Village of Homewood | Secured | 324.51 | 324.51 |
| 6. | Ford Motor Credit Corporation | Secured | 13,000.00 | 1,516.69 |
| 7. | GEMB | Secured | 1,000.00 | 120.68 |
| 8. | Loan Care Servicing Center | Secured | 26,336.80 | 0.00 |
| 9. | UM Capital | Secured | 8,564.13 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 274.73 | 0.00 |
| 11. | Dell Financial Services, Inc | Unsecured | 390.21 | 25.86 |
| 12. | Premier Bankcard | Unsecured | 81.62 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 198.90 | 0.00 |
| 14. | Premier Bankcard | Unsecured | 38.67 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 6,011.26 | 0.00 |
| 16. | Peoples Energy Corp | Unsecured | 34.08 | 0.00 |
| 17. | NHHEAF | Unsecured | 3,778.66 | 0.00 |
| 18. | Nicor Gas | Unsecured | 263.94 | 0.00 |
| 19. | City Of Chicago Dept Of Revenue | Unsecured | 178.80 | 0.00 |
| 20. | RoundUp Funding LLC | Unsecured | 56.43 | 0.00 |
| 21. | Citi Residential Lending Inc | Secured | | No Claim Filed |
| 22. | City Of Chicago | Secured | | No Claim Filed |
| 23. | America's Servicing Co | Secured | | No Claim Filed |
| 24. | Specialized Loan Servicing LLC | Secured | | No Claim Filed |
| 25. | Allstate | Unsecured | | No Claim Filed |
| 26. | AT&T | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Robert | Case Number: 08 B 04406 |
|---|---|---|
| | Williams, Brandee | Judge: Squires, John H |
| | Printed: 12/23/08 | Filed: 3/18/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Americredit Financial Ser Inc | Unsecured | | No Claim Filed |
| 28. | AT&T | Unsecured | | No Claim Filed |
| 29. | Citi Cards | Unsecured | | No Claim Filed |
| 30. | Granite State Management & Resource | Unsecured | | No Claim Filed |
| 31. | Granite State Management & Resource | Unsecured | | No Claim Filed |
| 32. | Homewood Disposal Service, In | Unsecured | | No Claim Filed |
| 33. | GEMB | Unsecured | | No Claim Filed |
| 34. | Sprint Nextel | Unsecured | | No Claim Filed |
| | | | $ 63,506.74 | $ 4,961.74 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 121.92 |
| 6.6% | 226.68 |
| | $ 348.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

